## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | |
|---|---|
| In re:   FRIDA NAAH NGAM,<br><br>                              Debtor. | Chapter 7<br>Case No. 21-15765-MMH |
| NATIONWIDE JUDGMENT RECOVERY, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>FRIDA NAAH NGAM,<br><br>                              Defendant. | Adversary No. 22-00062 |

### NOTICE OF ENTRY OF APPEARANCE
### AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE THAT** the attorney listed below hereby appears as counsel for Nationwide Judgment Recovery, Inc. ("Nationwide"), in the above captioned adversary proceeding. Pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Nationwide requests that copies of any and all notices, pleadings, motions, orders or other documents, filed or entered in this case, be transmitted to:

Nathaniel Thomas DeLoatch (admitted *pro hac vice*)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone:  (404) 885-2699
Facsimile:  (404) 962-6983
E-mail:  nathan.deloatch@troutman.com

[SIGNATURE ON NEXT PAGE]

Dated: May 12, 2022                         Respectfully submitted,

*/s/ Nathaniel T. DeLoatch*
Nathaniel T. DeLoatch (admitted *pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
Phone: 404-885-3000
Fax: 404-885-3900
Email: nathan.deloatch@troutman.com

Richard E. Hagerty, Bar No. 05646
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, DC 20004
Phone: 202-274-1910
Fax: 703-448-6520
Email: richard.hagerty@troutman.com

*Counsel for Nationwide Judgment Recovery, Inc.*

## CERTIFICATE OF SERVICE

I, hereby certify that on the 12, day of May, 2022, I served or caused to be served the foregoing **Notice of Entry of Appearance and Demand for Notices and Papers** upon all parties registered with the Court's CM/ECF system by filing a copy of the same:

>Respectfully submitted,
>
>*/s/ Nathaniel T. DeLoatch*
>Nathaniel T. DeLoatch (admitted *pro hac vice*)
>TROUTMAN PEPPER HAMILTON SANDERS LLP
>600 Peachtree St. NE, Suite 3000
>Atlanta, GA 30308
>Phone: 404-885-3000
>Fax: 404-885-3900
>Email: nathan.deloatch@troutman.com
>
>
>*/s/ Richard E. Hagerty*
>Richard E. Hagerty, Bar No. 05646
>TROUTMAN PEPPER HAMILTON SANDERS LLP
>401 9th Street, N.W., Suite 1000
>Washington, DC 20004
>Phone: 202-274-1910
>Fax: 703-448-6520
>Email: richard.hagerty@troutman.com
>
>*Counsel for Nationwide Judgment Recovery, Inc.*